Robert E. Smith, Appellant, v. Arthur L. Jarmel, Defendant, and William Brooks, Individually and Doing Business under the Name of Arthur L. Jarmel Associates, Respondent.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

Magnetic Engineering & Mfg. Co., Respondent, v. Amtorg Trading Corporation, Appellant.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

In the Matter of the Estate of Abraham Schulman, Deceased. Mary Fineman et al., Respondents; Reuben Schulman et al., Appellants.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

Ina Kass et al., Individually and as Copartners Doing Business under the Name of Fashions by Suzy, Respondents, v. Victor Sonshine et al., Individually and as Copartners Doing Business under the Name of Durite Metal Products Co., Defendants, and Minna Sonshine, Appellant.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.